**FILED**
Thursday, 12 August, 2004  09:57:09 AM
Clerk, U.S. District Court, ILCD

# UNITED STATES DISTRICT COURT
### CENTRAL DISTRICT OF ILLINOIS

## JUDGMENT IN A CIVIL CASE

**LILLIANA VALENCIA**

vs.                      Case Number: **04-1217**

**U.S.A.**

☐ **DECISION BY THE COURT.** This action came before the Court and a decision has been rendered.

    **IT IS ORDERED AND ADJUDGED** case is dismissed for lack of prosecution.

ENTER this 11th day of August 2004.

JOHN M. WATERS, CLERK

s/C.Lambie_____
BY: DEPUTY CLERK